# EXHIBIT A

# Exhibit A
## Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Harold Arlen Trust (50%) | *The Devil and the Deep Blue Sea* | EP26940 |
| SA Music, LLC (33.33%) | *Let's Take A Walk Around the Block* | EP43378 |
| | | EU87630 |
| SA Music, LLC (40%) | *It's Only A Paper Moon* | EP38448 |
| SA Music, LLC (50%) | *As Long As I Live* | EP41239 |
| | *Buds Won't Bud* | EP65038 |
| | *Come Rain or Come Shine* | EP1893 |
| | | EU8647 |

# Exhibit A

## Composition Chart

# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *I Gotta Right To Sing The Blues* | EP32581 |
| | *I've Got the World on a String* | EP33239 |
| | *Ill Wind* | EP41237 |
| | *Stormy Weather* | EP35998 |

Exhibit A

# Composition Chart
# Works of Ray Henderson

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Ray Henderson Music Co., Inc. (33.33%) | | |
| | *Broken Hearted (Here I Am)* | |
| | | E659848 |
| | | E665318 |
| | *Button Up Your Overcoat* | |
| | | EU1793 |
| | | EP2063 |
| | *Don't Bring Lulu* | |
| | | E612185 |
| | *Has Anybody Seen My Girl? (a/k/a "Five Foot Two, Eyes of Blue")* | |
| | | E623936 |
| | | E628006 |
| | *I Want To Be Bad* | |
| | | EP2066 |
| | | EU1794 |
| | *If I Had A Girl Like You* | |
| | | E616603 |
| | *If I Had a Talking Picture of You* | |
| | | EP8016 |
| | | EU7092 |

Exhibit A

# Composition Chart
# Works of Ray Henderson

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Ray Henderson Music Co., Inc. (33.33%) | | |
| | *If You Hadn't Gone Away* | |
| | | E610897 |
| | | E613224 |
| | *It All Depends on You* | |
| | | E651216 |
| | | E650445 |
| | *My Sin* | |
| | | EP6178 |
| | | EU4379 |
| | *The Varsity Drag* | |
| | | E670366 |
| | | E670723 |
| | *Together* | |
| | | E679844 |
| | | E664006 |
| | *You Wouldn't Fool Me Would You* | |
| | | EU1789 |
| | | EP2070 |

# Exhibit A
## Composition Chart
## Works of Ray Henderson

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Ray Henderson Music Co., Inc. (33.33%) | | |
| | *You're the Cream in My Coffee* | |
| | | E699976 |
| | | E704849 |
| Ray Henderson Music Co., Inc. (50%) | | |
| | *Bye Bye Blackbird* | |
| | | E640638 |
| | *Life Is Just a Bowl of Cherries* | |
| | | EU42179 |
| | | EP24737 |
| | *The Thrill Is Gone* | |
| | | EP24741 |
| | | EU42567 |

# Exhibit A

## Composition Chart
## Works of Harry Warren

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Four Jays Music Company (33.33%) | | |
| | *Home In Pasadena* | E575512 |
| Four Jays Music Company (50%) | | |
| | *By The River Sainte Marie* | EP20364 |
| | *Clementine (from New Orleans)* | E673858 |
| | | E665729 |
| | *I Love My Baby, My Baby Loves Me* | E628968 |
| | *Someone Like You* | EP34103 |
| | *That's Amore* | EP72978 |
| | *Want A Little Lovin'* | E620656 |
| | *Ya Gotta Know How To Love* | E644087 |

Exhibit A

# Composition Chart
# Works of Harry Warren

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Julia Riva (16.67%) | | |
| | *Nagasaki* | |
| | | E696275 |
| | *This Is Always* | |
| | | EP7166 |
| | *You'll Never Know* | |
| | | EP112560 |