# EXHIBIT B

Case 5:20-cv-02146-JSC   Document 1-2   Filed 03/30/20   Page 1 of 3

Exhibit B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 1 | As Long As I Live | Billy Eckstine | A Weaver of Dreams |
| 2 | As Long As I Live | Billy Eckstine | Big Hits Highlights of 1951, Vol. 1 |
| 3 | Buds Won't Bud | Bea Wain & The Larry Clinton Orchestra | Deep Purple |
| 4 | Come Rain or Come Shine | Frank Sinatra | Greatest Big Hits of 1962, Vol. 11 |
| 5 | Come Rain or Come Shine | Margaret Whiting | Big Hits & Highlights of 1946 Volume 9 |
| 6 | Come Rain or Come Shine | Marlene Dietrich | Strange Delight |
| 7 | I Gotta Right To Sing The Blues | Al Hibbler | A Tree In The Meadow |
| 8 | I Gotta Right To Sing The Blues | Al Hibbler | Trees |
| 9 | I Gotta Right To Sing The Blues | Billy Eckstine | Passing Strangers |
| 10 | I've Got the World on a String | Kay Starr | Big Hits & Highlights of 1952 Volume 21 |
| 11 | Ill Wind | Billy Eckstine | Coquette |
| 12 | Ill Wind | Lita Roza | At The Prospect Of Whitby (Live) |
| 13 | Ill Wind | Lita Roza | Drink Lita Roza Day |
| 14 | Ill Wind | Lita Roza | Let It Rain, Let It Rain, Let It Rain |
| 15 | It's Only A Paper Moon | Dickie Pride & Roy Young | British Rock 'N' Roll Legends |
| 16 | It's Only A Paper Moon | Frank Sinatra | Big Hits & Highlights Of 1950, Vol. 14 |
| 17 | It's Only A Paper Moon | Frankie Avalon | Frankie Swings and Sings |
| 18 | It's Only A Paper Moon | Frankie Avalon | Swingin' On a Rainbow & Summer Scene |
| 19 | Let's Take A Walk Around the Block | Guy Mitchell & Earl Sheldon Orchestra | The Transcription Recordings |
| 20 | Stormy Weather | Al Hibbler | Song Of The Wanderer |
| 21 | Stormy Weather | Al Hibbler | Unchained Melody |
| 22 | Stormy Weather | Al Hibbler & The Ellingtonians | The Ellingtonians With Al Hibbler |
| 23 | Stormy Weather | Bea Wain & The Larry Clinton Orchestra | Deep Purple |
| 24 | Stormy Weather | Billy Eckstine | As Time Goes By |
| 25 | Stormy Weather | Dinah Washington | Big Hits & Highlights of 1952 Volume 11 |
| 26 | Stormy Weather | Frank Sinatra | Big Hits & Highlights of 1947, Vol. 5 |
| 27 | Stormy Weather | Lena Horne | Rock 'n' Roll, Pop & Soul Sisters, Vol. 4 |
| 28 | Stormy Weather | The Five Sharps | Greatest R&B Hits of 1953, Vol. 6 |
| 29 | Stormy Weather | The Silhouettes | Get a Job and More |

Exhibit B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 30 | The Devil and the Deep Blue Sea | Lita Roza | Between the Devil and the Deep Blue Sea & Singles Compilation (1951-53) |
| 31 | The Devil and the Deep Blue Sea | Lita Roza | Early Autumn |