# EXHIBIT C

# Exhibit C
# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 1 | Broken Hearted (Here I Am) | Dickie Valentine | Here Is Dickie Valentine |
| 2 | Broken Hearted (Here I Am) | Jim Lowe | Songs They Sing Behind the Green Door & More |
| 3 | Broken Hearted (Here I Am) | Johnnie Ray | 1950's Hits & Highlights, Vol. 8 |
| 4 | Button Up Your Overcoat | Fred Waring & The Pennsylvanians | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |
| 5 | Button Up Your Overcoat | Helen Kane | 100 Greatest Big Hits Inspired By the Hit TV Series "Mr. Selfridge" |
| 6 | Button Up Your Overcoat | Helen Kane | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |
| 7 | Bye Bye Blackbird | Anthony Newley | Tony / Love IS A NOW AND THEN THING |
| 8 | Bye Bye Blackbird | Dickie Pride & Roy Young | British Rock 'N' Roll Legends |
| 9 | Bye Bye Blackbird | Dickie Valentine | Here Is Dickie Valentine |
| 10 | Bye Bye Blackbird | George Olsen and His Music | 100 Greatest Big Hits Inspired By the Hit TV Series "Mr. Selfridge" |
| 11 | Bye Bye Blackbird | George Olsen and His Music | 100 Greatest Big Hits of the 1920's, Vol. 4 (Inspired By the Hit TV Series "Downton Abbey") |
| 12 | Don't Bring Lulu | Dorothy Provine | 100 Dance Crazy Hits, Vol. 5 (Inspired By the hit TV Series "Strictly Come Dancing" and "Dancing With The Stars") |
| 13 | Don't Bring Lulu | Dorothy Provine | 56 Greatest Jazz & Swing Hits Of 1961 |
| 14 | Don't Bring Lulu | Dorothy Provine | Greatest Jazz & Swing Hits of 1961, Vol. 2 |
| 15 | Don't Bring Lulu | Nathan Glantz & His Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 2 (Inspired By the Hit TV Series "Downton Abbey") |
| 16 | Has Anybody Seen My Girl? (a/k/a "Five Foot Two, Eyes of Blue") | Art Landry and His Orchestra | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 17 | Has Anybody Seen My Girl? (a/k/a "Five Foot Two, Eyes of Blue") | Craig Douglas | Pretty Blue Eyes |
| 18 | I Want To Be Bad | Zelma O'Neal | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |
| 19 | If I Had A Girl Like You | Seattle Harmony Kings | 100 Greatest Big Hits Inspired By the Hit TV Series "Mr. Selfridge" |

# Exhibit C
# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 20 | If I Had A Girl Like You | Seattle Harmony Kings | 100 Greatest Big Hits of the 1920's, Vol. 4 (Inspired By the Hit TV Series "Downton Abbey") |
| 21 | If I Had a Talking Picture of You | Earl Burtnett & his Los Angeles Biltmore Hotel Orchestra | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 22 | If You Hadn't Gone Away | Julie Lee & Her Boy Friends | Big Hits & Highlights of 1951 Volume 17 |
| 23 | It All Depends on You | Craig Douglas | Pretty Blue Eyes |
| 24 | It All Depends on You | Frank Sinatra | Big Hits & Highlights of 1949, Vol. 10 |
| 25 | Life Is Just a Bowl of Cherries | Billy Eckstine | A Weaver of Dreams |
| 26 | Life Is Just a Bowl of Cherries | Billy Eckstine & Woody Herman | Big Hits & Highlights of 1951 Volume 5 |
| 27 | Life Is Just a Bowl of Cherries | Jack Hylton and His Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |
| 28 | My Sin | Dick Haymes & The Andrews Sisters | Big Hits & Highlights of 1947, Vol. 1 |
| 29 | The Thrill Is Gone | Anthony Newley | Strawberry Fair |
| 30 | The Thrill Is Gone | Anthony Newley | Tony / Love IS A NOW AND THEN THING |
| 31 | The Thrill Is Gone | Ella Mae Morse | Oh You Crazy Moon |
| 32 | The Varsity Drag | Phil Nelly & Abe Lyman's California Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 2 (Inspired By the Hit TV Series "Downton Abbey") |
| 33 | The Varsity Drag | The Crew Cuts | A Story Untold |
| 34 | The Varsity Drag | The Crew Cuts | Angels In the Sky |
| 35 | Together | Billy Vaughn | Greatest Big Hits of 1962, Vol. 36 |
| 36 | Together | Frank Munn & Regent Club Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 2 (Inspired By the Hit TV Series "Downton Abbey") |
| 37 | Together | Frank Munn & Regent Club Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |
| 38 | You Wouldn't Fool Me Would You | Annette Hanshaw & The Columbia Studio Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 2 (Inspired By the Hit TV Series "Downton Abbey") |

# Exhibit C
# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 39 | You Wouldn't Fool Me Would You | Annette Hanshaw & The Columbia Studio Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |
| 40 | You're the Cream in My Coffee | Colonial Club Orchestra | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 41 | You're the Cream in My Coffee | Scrappy Lambert & Colonial Club Orchestra | 100 Greatest Big Hits of the 1920's, Vol. 3 (Inspired By the Hit TV Series "Downton Abbey") |