# EXHIBIT D

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 1 | By The River Sainte Marie | Al Hibbler | Summertime |
| 2 | By The River Sainte Marie | Al Hibbler | Unchained Melody |
| 3 | Clementine (from New Orleans) | Kate Smith | 100 Greatest Big Hits Inspired By the Hit TV Series "Mr. Selfridge" |
| 4 | Home In Pasadena | Al Jolson & Isham Jones | 100 Greatest Big Hits of the 1920's, Vol. 4 (Inspired By the Hit TV Series "Downton Abbey") |
| 5 | I Love My Baby, My Baby Loves Me | Fred Waring & His Pennsylvanians | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 6 | Nagasaki | Cab Calloway | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 7 | Someone Like You | Peggy Lee | Big Hits & Highlights of 1949, Vol. 12 |
| 8 | That's Amore | Dennis Lotis | Face Of An Angel |
| 9 | This Is Always | Al Hibbler | After The Lights Go Down Low |
| 10 | This Is Always | Al Hibbler | Song Of The Wanderer |
| 11 | Want A Little Lovin' | Fred Hamm and His Orchestra | 100 Greatest Big Hits Inspired By the Hit TV Series "Mr. Selfridge" |
| 12 | Want A Little Lovin' | Fred Hamm and His Orchestra | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 13 | Ya Gotta Know How To Love | Esther Walker | 100 Greatest Big Hits Inspired By the Hit TV Series "Mr. Selfridge" |
| 14 | Ya Gotta Know How To Love | Esther Walker | 100 Greatest Big Hits of the 1920's, Vol. 4 (Inspired By the Hit TV Series "Downton Abbey") |
| 15 | Ya Gotta Know How To Love | Esther Walker with the Brunswick Studio Orchestra | 100 Greatest Big Hits of the 1920's (Inspired By the Hit TV Series "Downton Abbey"), Vol. 1 |
| 16 | You'll Never Know | Al Hibbler | Starring Al Hibbler |