SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067-3026
Telephone:  310.552.8500
Facsimile:   310.551.8741

GABRIELLE LEVIN, *pro hac vice*
  glevin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

*Attorneys for Defendant* APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC and WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST, RAY HENDERSON MUSIC CO., INC., FOUR JAYS MUSIC COMPANY, and JULIA RIVA,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>APPLE INC. and ADASAM LIMITED,<br><br>　　　　　　　Defendants. | CASE NO. 3:20-cv-02146-JSC<br><br>**DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:　　　　Hon. Jacqueline S. Corley<br>Action Filed:　March 30, 2020<br>FAC Filed:　　June 22, 2020 |

## **GENERAL DENIAL**

Except as otherwise expressly admitted in this Answer, Apple denies each and every allegation contained in the Complaint, including, without limitation, any allegations contained in the preamble, headings, subheadings, or footnotes of the Complaint, and specifically denies any liability to Plaintiffs.  Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, moreover, allegations in the Complaint to which no responsive pleading is required shall be deemed to be denied.  Apple expressly reserves the right to seek to amend and/or supplement its Answer as may be necessary.[1]

## **RESPONSE TO SPECIFIC ALLEGATIONS**

AND NOW, incorporating the foregoing, Apple states as follows in response to the specific allegations in the Complaint:

1.      Apple admits that this action purports to arise under the Copyright Act of 1976.  The remainder of Paragraph 1 states a legal conclusion to which no response is required.  To the extent a response is required, Apple admits that this Court has subject matter jurisdiction under 28 U.S.C. § 1338(a).

2.      This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies those allegations.

3.      Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies those allegations.

4.      Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies those allegations.

5.      Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 5 and therefore denies those allegations.

---

[1] Answers to each paragraph of the Complaint are made by Apple without waiving, but expressly reserving, all rights Apple may have to seek relief by appropriate motions directed to the allegations in the Complaint.

6.      Apple admits that Plaintiffs have identified the compositions they refer to as the "Subject Compositions" in Exhibit A.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 6 and therefore denies those allegations.

7.      Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in the first two sentences of Paragraph 7 and therefore denies those allegations.  Apple denies that it has "pirated" any recordings of musical works and denies that it has participated in the offering of downloads of pirated recordings.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 7 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 7.

8.      Apple denies that it has "pirated" any recordings of musical works and denies that it has participated in the offering of downloads of pirated recordings.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 8 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 8.

9.      This paragraph states a legal conclusion to which no response is required.

10.     Apple denies that it has failed to ensure that the music it offers through its iTunes Store music stores is properly authorized and licensed.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 10 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 10.

11.     This paragraph states a legal conclusion to which no response is required.

12.     Apple denies that it has reproduced and distributed pirated recordings and denies that it has failed to ensure that the music it offers through its iTunes Store music stores is properly authorized and licensed.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 12 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 12.

13.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 13 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 13.

14.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 14 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 14.

15.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies those allegations.

16.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 16 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 16.

17.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies those allegations.

18.     Apple denies the allegations in Paragraph 18.

19.     Apple denies that it has reproduced and distributed "bootleg" recordings. This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple denies the allegations in Paragraph 19.

20.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 20 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 20.

21.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 21 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 21.

22.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 22 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 22.

23.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 23 relating to any other defendant and/or

any person or entity other than Apple and therefore denies those allegations.   Apple denies the remaining allegations in Paragraph 23.

24.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies those allegations.

25.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 25 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.   Apple denies the remaining allegations in Paragraph 25.

26.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies those allegations.

27.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies those allegations.

28.     Apple denies that it has engaged in music piracy or participated in a music piracy operation.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 28 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 28.

29.     Apple denies that it has engaged in music piracy or participated in a music piracy operation.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 29 relating to any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 29.

30.     Apple denies that it has engaged in music piracy or participated in a music piracy operation.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 30 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 30.

31.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies those allegations.

32.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 32.

33.     Apple denies that it has engaged in music piracy or participated in a music piracy operation.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 33 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 33.

34.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies those allegations.

35.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies those allegations.

36.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies those allegations.

37.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies those allegations.

38.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies those allegations.

39.     Apple responds that "Apple Inc." is its corporate name.  Apple admits the remaining allegations in Paragraph 39.

40.     Apple admits the allegations in Paragraph 40.

41.     Apple admits that Adasam has contracted with Apple to provide digital music for sale in the U.S. iTunes Store music store.   Apple denies the remaining allegations in Paragraph 41.

42.     Apple denies that it has reproduced and distributed pirated recordings.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple denies the allegations in Paragraph 42.

43.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 43 and therefore denies those allegations.

44.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 44 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 44.

45.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 45 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 45.

46.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 46 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 46.

47.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple admits that it is subject to personal

jurisdiction in this District for purposes of this action.  Apple further admits that it is incorporated in California and maintains its principal place of business in this District. Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 47 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 47.

48.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 48 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 48.

49.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 49 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 49.

50.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 50.

51.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple admits that it is subject to personal jurisdiction in this District for the purposes of this action.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 51 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 51.

52.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 52 relating to any other

defendant and/or any person or entity other than Apple and therefore denies those allegations. Apple denies the remaining allegations in Paragraph 52.

53.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies those allegations.

54.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies those allegations.

55.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies those allegations.

56.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 56 and therefore denies those allegations.

57.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies those allegations.

58.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies those allegations.

59.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies those allegations.

60.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies those allegations.

61.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies those allegations.

62.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies those allegations.

63.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies those allegations.

64.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies those allegations.

65.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 65 and therefore denies those allegations.

66.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies those allegations.

67.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 67 and therefore denies those allegations.

68.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 68 and therefore denies those allegations.

69.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies those allegations.

70.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies those allegations.

71.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 71 and therefore denies those allegations.

72.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 72 and therefore denies those allegations.

73.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 73 and therefore denies those allegations.

74.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 74 and therefore denies those allegations.

75.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 75 and therefore denies those allegations.

76.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information

to form a belief as to the truth of the allegations in Paragraph 76 and therefore denies those allegations.

77.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies those allegations.

78.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies those allegations.

79.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies those allegations.

80.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies those allegations.

81.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 81 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 81.

82.     Apple admits that recorded music has been physically distributed in brick-and-mortar stores, including prior to digital music distribution.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 82 and therefore denies those allegations.

83.     Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 83 and therefore denies those allegations.

84.    Apple admits that there are currently more than 40 million recordings available in the iTunes Store music stores.  Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 84 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 84.

85.    Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies those allegations.

86.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 86 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 86.

87.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 87 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 87.

88.    Apple denies that it has reproduced and distributed pirated recordings and denies that it has failed to ensure that the music it offers through its iTunes Store music stores is properly authorized and licensed.  This paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 88 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 88.

89.    Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 89 and therefore denies those allegations.

90.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 90 and therefore denies those allegations.

91.     Apple denies that it has reproduced and distributed pirated recordings. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 91 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations. Apple denies the remaining allegations in Paragraph 91.

92.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 92 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations. Apple denies the remaining allegations in Paragraph 92.

93.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 93 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations. Apple denies the remaining allegations in Paragraph 93.

94.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 94 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations. Apple denies the remaining allegations in Paragraph 94.

95.     This paragraph states a definition to be used in the Complaint to which no response is required.

96.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies those allegations.

97.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 97 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 97.

98.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 98 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 98.

99.     This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 99 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 99.

100.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the remaining allegations in Paragraph 100.

101.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 101 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 101.

102.    This paragraph states a legal conclusion to which no response is required.

103.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 103 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 103.

104.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 104 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 104.

105.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 105 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple admits the remaining allegations in Paragraph 105.

106.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 106 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 106.

107.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 107 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 107.

108.   Apple admits that the iTunes Store music stores have a feature that allows users to play sample clips of certain digital music recordings.   Apple denies the remaining allegations in Paragraph 108.

109.   Apple admits that the promotional clips available in the iTunes Store music stores are between 30 and 90 seconds long.  Apple denies the remaining allegations in Paragraph 109.

110.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 110.

111.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 111 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 111.

112.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 112 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 112.

113.   This paragraph states a legal conclusion to which no response is required.

114.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 114 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 114.

115.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 115 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 115.

116.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the remaining allegations in Paragraph 116.

117.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 117 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 117.

118.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 118 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 118.

119.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 119 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 119.

120.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 120.

121.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 121.

122.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 122 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 122.

123.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 123.

124.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 124 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 124.

125.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 125 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 125.

126.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 126 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 126.

127.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 127 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 127.

128.    This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 128 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 128.

129.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 129.

130.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 130 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 130.

131.   Apple repeats and realleges each and every response to each and every paragraph of the Complaint as if fully set forth herein.

132.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 132 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 132.

133.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 133 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 133.

134.   Apple repeats and realleges each and every response to each and every paragraph of the Complaint as if fully set forth herein.

135.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 135 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 135.

136.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information

to form a belief as to the truth of the allegations in Paragraph 136 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 136.

137.   Apple repeats and realleges each and every response to each and every paragraph of the Complaint as if fully set forth herein.

138.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 138 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 138.

139.   This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Apple lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 139 relating to any other defendant and/or any person or entity other than Apple and therefore denies those allegations.  Apple denies the remaining allegations in Paragraph 139.

## ANSWER TO PRAYER FOR RELIEF

Apple denies that Plaintiffs are entitled to relief against Apple, and requests that the Court dismiss all claims against Apple with prejudice and order such further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Apple sets forth below its affirmative defenses.  Each defense is asserted as to all claims asserted against Apple.  By setting forth these affirmative defenses, Apple does not assume the burden of proving any fact, issue, or element of a claim where such burden properly belongs to Plaintiffs.

As separate affirmative defenses, Apple alleges as follows:

## FIRST DEFENSE

This action is barred, in whole or in part, because the Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

This action is barred, in whole or in part, because Plaintiffs lack standing to assert the claims alleged in this action.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing under Article III of the United States Constitution.

## FOURTH DEFENSE

Plaintiffs' claims are barred, precluded, and/or limited by the applicable statute of limitations.

## FIFTH DEFENSE

This action is barred, in whole or in part, because to the extent Plaintiffs are covered by 17 U.S.C. § 411 and have not complied with its requirements, they lack standing to pursue the claims for relief alleged in the Complaint.

## SIXTH DEFENSE

This action is barred, in whole or in part, because to the extent Plaintiffs are covered by 17 U.S.C. § 411 and have not complied with its requirements, this Court lacks subject matter jurisdiction over the claims for relief alleged in the Complaint.

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, abandonment, and/or forfeiture.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands and/or copyright misuse.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

## TWELFTH DEFENSE

This action is barred, in whole or in part, because Plaintiffs have not suffered any damage or injury as a result of any act or conduct by Apple.

## THIRTEENTH DEFENSE

Plaintiffs' damages, if any, were not caused, in whole or in part, by the alleged conduct of Apple.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the exploitations of the musical composition at issue were expressly or impliedly licensed and/or authorized.

## FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of acquiescence, ratification, and/or consent.

## SIXTEENTH DEFENSE

This action is barred, in whole or in part, because the Complaint fails to state a claim upon which any type of injunctive, temporary, or preliminary relief can be properly granted against Apple.

## SEVENTEENTH DEFENSE

Plaintiffs' claims for equitable relief, including claims for injunctive, temporary, or preliminary relief, are barred because Plaintiffs have an adequate remedy at law.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that their purported copyright registrations are invalid and/or have not been properly obtained.

## NINETEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs are not the legal or beneficial owners of the copyrights at issue.

## TWENTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that the allegedly infringed work is in the public domain.

## TWENTY-FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of *de minimus* use.

## TWENTY-SECOND DEFENSE

To the extent any reproduction, sale, distribution, or other use of the musical composition at issue in this action is found to have been an infringement of the copyrights in said musical composition, Plaintiffs' damages, if any, are limited because Apple was not aware and had no reason to believe that its acts constituted an infringement of those copyrights and, therefore, any alleged infringement of Plaintiffs' copyrights was not intentional or willful.

## TWENTY-THIRD DEFENSE

This action is barred, in whole or in part, because, to the extent Plaintiffs have not complied with 17 U.S.C § 412, they are not entitled to recover statutory damages or attorneys' fees in connection with any of the claims for relief alleged in the Complaint.

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' damages, if any, were caused by independent, intervening, and/or superseding events beyond the control of Apple and unrelated to Apple's conduct.  Any loss, injury, or damage claimed by Plaintiffs was proximately caused by Plaintiffs' own acts or omissions, forces and events unrelated to Apple's alleged conduct, and/or the acts or omissions of persons or entities other than Apple, over which Apple has no control.

## TWENTY-FIFTH DEFENSE

Plaintiffs' claim for attorneys' fees is barred because it lacks any basis in law or contract.

### TWENTY-SIXTH DEFENSE

Apple is absolved from any and all liability for the wrongs alleged in the Complaint by reason of its full compliance with all statutes, regulations, or other laws in effect at the time of the conduct alleged in the Complaint.

### TWENTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of substantial non-infringing use.

### TWENTY-EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the damages sought are too speculative and remote.

### TWENTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, under 17 U.S.C. § 115(d)(10)(A) because this action was filed after January 1, 2018, and Apple has complied with the requirements of 17 U.S.C. § 115(d)(10)(B).

### THIRTIETH DEFENSE

Plaintiffs are barred from recovery to the extent they already received payment for any alleged use of the works at issue by Defendants.

### THIRTY-FIRST DEFENSE

Apple hereby adopts and incorporates by reference any and all other affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that Apple may share in such affirmative defenses.

\*        \*        \*

Apple has insufficient knowledge or information upon which to form a belief as to whether it may have additional yet unstated defenses.  Apple reserves the right to assert any additional defenses as may be discovered during the conduct of this litigation, and further reserves the right to amend this Answer and assert all such defenses.

1    DATED:  July 6, 2020                    GIBSON, DUNN & CRUTCHER LLP

2                                            By:   *Scott A. Edelman*

3                                                    Scott A. Edelman

4                                            Attorneys for Defendant APPLE INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. 5:20-CV-02146-JSC