UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE, INC, et al.,<br><br>        Defendants. | Case No. 20-cv-02146-JSC<br><br>**PRETRIAL ORDER NO. 2** |

The pretrial deadlines set forth in Docket No. 51 are continued for approximately 90 days. The new deadlines are as follows:

| | |
|---|---|
| Deadline to Move to Amend Pleadings: | March 31, 2021 |
| Fact Discovery Cut-Off: | July 1, 2021 |
| Expert Witness Disclosures: | July 30, 2021 |
| Rebuttal Expert Witness Disclosures: | September 1, 2021 |
| Expert Discovery Cutoff: | October 1, 2021 |
| Deadline for Hearing Dispositive Motions: | November 18, 2021 |
| Trial: | March 29, 2022 |

**IT IS SO ORDERED.**

Dated: January 15, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge