Matthew F. Schwartz *Pro Hac Vice*
Brian S. Levenson *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
E-mail: lawoffah@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. MUSIC, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No. 20-cv-2146-WHO<br>**STIPULATION AND ORDER**<br>Judge: Hon. William H. Orrick |

In accordance with Civil Local Rules 6-2 and 7-12, and the Court's Civil Standing Order, Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva ("Plaintiffs") and Defendant Apple Inc. ("Apple") (together with Plaintiffs, the "Stipulating Parties") hereby stipulate in the above-captioned action as follows:

1. There are three cases before this Court involving the same Stipulating Parties:

    a. SA Music, LLC, et al. v. Apple, Inc., et al. (*Genepool*) (N.D. Cal. Dkt. No. 20-cv-02965-JSW);

    b. SA Music, LLC, et al. v. Apple, Inc., et al. (*Pickwick*) (N.D. Cal. Dkt. No. 20-cv-02794-EMC); and

    c. SA Music, LLC, et al. v. Apple, Inc. et al. (*Adasam*) (ND Cal. Dkt. No. 20-cv-02146-WHO).

2. There are overlapping issues in the three cases and discovery has and continues to involve production of many of the same documents and deposition testimony from many of the same witnesses.

3. The Stipulating Parties have therefore agreed to coordinate discovery in the three cases, particularly with respect to depositions, in order to avoid the need for any one witness to appear more than one time.

4. All three cases have been assigned to U.S. Magistrate Judge Jacqueline S. Corley for supervision of discovery.

5. The Court has previously entered scheduling orders in this case (ECF 51, 58, and 65). The current fact discovery cutoff in this case is July 1, 2021.

6. Plaintiffs have requested, and Apple has agreed to, a short extension of the fact discovery cutoff and a corresponding adjustment of the subsequent expert discovery deadlines. The reason for the request is that last week, one of Plaintiffs' lead counsel suffered a death in his family.

7. The following chart sets forth the current deadlines in all three cases, with the proposed extensions to the fact and expert discovery dates indicated in red:

| Deadline | *Genepool* Schedule (20-cv-2965-JSW) | *Adasam* Schedule (20-cv-2146-WHO) | *Pickwick* Schedule (20-cv-2794-EMC) |
|---|---|---|---|
| End of Fact Discovery | July 1, 2021 | July 1, 2021 | July 6, 2021 |
|  | July 23, 2021 | July 23, 2021 | July 23, 2021 |
| Expert Disclosures | August 2, 2021 | July 30, 2021 | August 17, 2021 |
|  | August 17, 2021 | August 17, 2021 | No change |
| Expert Rebuttals | September 3, 2021 | September 1, 2021 | September 7, 2021 |
|  | September 17, 2021 | September 17, 2021 | September 17, 2021 |
| Expert Discovery Complete | October 1, 2021 | October 1, 2021 | September 28, 2021 |
|  | No change | No change | October 1, 2021 |
| Dispositive Motions Filed | November 5, 2021 | November 17, 2021 | January 13, 2022 |
| Pretrial Conference | January 24, 2022 | March 7, 2022 | May 31, 2022 |
| **Trial** | **February 14, 2022** | **April 11, 2022** | **June 27, 2022** |

8. The proposed extensions will allow the Stipulating Parties to coordinate the completion of discovery in all three cases but will not affect the trial dates or motion submission dates in this case or any of the other cases.

9. The Stipulating Parties request that the Scheduling Order in this case be amended to provide for the following schedule in this case:

| | |
|---|---|
| Completion of fact discovery | July 23, 2021 |
| Expert Designation and Initial Reports | August 17, 2021 |
| Rebuttal Expert Reports | September 17, 2021 |
| Completion of expert discovery | October 1, 2021 |
| Dispositive motions | November 17, 2021 |
| Pre-trial conference | March 7, 2022 |
| Trial | April 11, 2022 |

1  IT IS SO STIPULATED.

2

3                           Respectfully submitted,

4  DATED: June 24, 2021         SCHWARTZ, PONTERIO & LEVENSON, PLLC

5                               By: *s/ Matthew F. Schwartz*
                                Matthew F. Schwartz * *Pro Hac Vice*
6                               Brian S. Levenson * *Pro Hac Vice*

7                               Oren S. Giskan * *Pro Hac Vice*
                                GISKAN SOLOTAROFF & ANDERSON LLP
8

9                               Allen Hyman
                                LAW OFFICES OF ALLEN HYMAN
10
                                Attorneys for Plaintiffs
11

12 DATED: June 24, 2021         GIBSON, DUNN & CRUTCHER LLP

13                              By: */s/ Gabrielle Levin*
                                Gabrielle Levin * *Pro Hac Vice*
14                              Scott A. Edelman
15                              Ilissa Samplin

16                              Attorneys for Defendant Apple Inc.

17

18

19

20         PURSUANT TO STIPULATION, IT IS SO ORDERED,

21

22  Dated:  June 25, 2021          _____
                                   HON. WILLIAM H. ORRICK
23