SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone:   310.552.8500
Facsimile:    310.551.8741

GABRIELLE LEVIN, *pro hac vice*
  glevin@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone:   212.351.4000
Facsimile:    212.351.4035

Attorneys for APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. MUSIC, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No. 20-cv-2146-WHO<br><br>**STIPULATION AND<br>[ PROPOSED ] ORDER**<br><br>Judge:  Hon. William H. Orrick |

In accordance with Civil Local Rules 6-2 and 7-12, and the Court's Civil Standing Order, Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva ("Plaintiffs") and Defendant Apple Inc. ("Apple") (together with Plaintiffs, the "Stipulating Parties") hereby stipulate in the above-captioned action as follows:

1.     This case has been assigned to U.S. Magistrate Judge Jacqueline S. Corley for supervision of discovery.

2. On June 25, 2021, the Court entered the operative scheduling order in this case, with a fact discovery deadline of July 23, 2021, and with expert disclosures due August 17, 2021.  Dkt. 67.

3. On July 20, 2021, Judge Corley held an informal conference with the parties to provide guidance on certain discovery disputes.

4. The following day, July 21, Judge Corley extended the deadline for the parties to submit discovery disputes until August 6, 2021.  Dkt. 75.  The parties submitted joint discovery dispute letters to Judge Corley on August 6 accordingly. Dkts. 78–83.

5. On August 11, 2021, Judge Corley Plaintiffs additional discovery in the form of a deposition of another Apple witness with respect to documents Apple produced beginning in June.  Dkt. 87.

6. In view of, among other things, the additional fact discovery to be completed, the parties have agreed to a modest extension of the expert discovery deadlines in this case.

7. The following chart sets forth the current deadlines in this case.  Indicated in red are the proposed extensions to the expert discovery deadlines:

| | |
|---|---|
| Expert disclosures | August 17, 2021 |
| | September 3, 2021 |
| Expert rebuttals | September 17, 2021 |
| | October 1, 2021 |
| Expert discovery complete | October 1, 2021 |
| | October 15, 2021 |
| Dispositive motions filed | November 17, 2021 |
| Pretrial Conference | March 7, 2022 |
| Trial | April 11, 2022 |

8. The proposed extensions will enable the parties to timely complete expert discovery without affecting the current dates for dispositive motion practice and trial.

9. The parties therefore request that the Scheduling Order in this case be amended to provide for the following schedule in this case:

| | |
|---|---|
| Expert Designation and Initial Reports | September 3, 2021 |
| Rebuttal Expert Reports | October 1, 2021 |
| Completion of expert discovery | October 15, 2021 |
| Dispositive motions | November 17, 2021 |
| Pre-trial conference | March 7, 2022 |
| Trial | April 11, 2022 |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 13, 2021     GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ilissa Samplin*

Ilissa Samplin
Scott A. Edelman
Gabrielle Levin * *Pro Hac Vice*

Attorneys for Defendant Apple Inc.

DATED: August 13, 2021     SCHWARTZ, PONTERIO & LEVENSON, PLLC

By: *s/ Matthew F. Schwartz*

Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP

Allen Hyman
LAW OFFICES OF ALLEN HYMAN

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED,

_____
HON. WILLIAM H. ORRICK