UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>APPLE, INC, et al.,<br><br>  Defendants. | Case No. 20-cv-02794-EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Docket No. 79 |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS the above-captioned case referred to Judge William H. Orrick to determine whether it is related to *SA Music LLC et al v. Apple, Inc et al*, Case No. C20-2146-WHO.

**IT IS SO ORDERED**.

Dated: August 23, 2021

_____
EDWARD M. CHEN
United States District Judge