UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE, INC, et al.,<br><br>        Defendants. | Case No. 20-cv-02965-JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge William H. Orrick to determine whether this case is related to *SA Music LLC v. Apple, Inc.*, No. 20-cv-02146-WHO.

**IT IS SO ORDERED.**

Dated: August 24, 2021

JEFFREY S. WHITE
United States District Judge