Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
Email: mschwartz@splaw.us
Email: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Telephone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Email: lawoffah@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No. 20-cv-2146-WHO ("*Adasam*")<br>Case No. 20-cv-02794-WHO ("*Pickwick*")<br>Case No. 20-cv-02965-WHO ("*Genepool*")<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:<br>September 7, 2021 – 2 PM |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California - Contents of

1

Joint Case Management Statement, the Civil Standing Orders of Judge William H. Orrick, the Clerk's Notice (*Adasam*, ECF No. 65), and Judge Orrick's August 30, 2021 Order (*Adasam*, ECF No. 95), Plaintiffs SA Music LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., and Four Jays Music Company ("Plaintiffs"), and Defendant Apple Inc. ("Apple"), respectfully submit this Joint Case Management Statement for the *Adasam*, *Genepool*, and *Pickwick* cases. Defendant Adasam Limited ("Adasam") has not appeared and did not participate in the Rule 26(f) conference or the preparation and submission of this or any prior joint case management statement in the *Adasam* case. Defendants Genepool Distribution Ltd. ("Genepool") and Ideal Music Limited ("Ideal") also have not appeared and did not participate in the Rule 26(f) conference or the preparation and submission of this or any prior joint case management statements in the *Genepool* case. Pickwick International Limited, Pickwick Group Limited, Pickwick Australia Pty Ltd., and Mastercorp Pty. Ltd. (collectively, "Pickwick") also have not appeared and did not participate in the Rule 26(f) conference or the preparation and submission of this statement or any previous case management statements in the *Pickwick* case.

As discussed below, in light of the Rosh Hashanah holiday and the imminent mediation, the parties request that the Case Management Conference be continued to a date after September 10, 2021. Apple's counsel is in trial September 20 through 28, 2021, and therefore requests that the Case Management Conference be continued to a date the week of September 13, 2021, or a date after September 28, 2021.

**1.   Fact Discovery**

The parties have exchanged document discovery and completed fact depositions. Towards the end of fact discovery, Plaintiffs noticed a deposition of Eddy Cue, Apple's Senior Vice President of Services. Magistrate Judge Corley granted Apple's motion to quash the deposition notice but entered an Order (*Adasam*, ECF No. 87) directing Apple to "produce a witness with knowledge of (1) the termination

letters, and (2) the emails/documents produced by Apple after the close of fact discovery as discussed by Plaintiffs in the discovery letter [*Adasam*, ECF No. 83]." The parties are meeting and conferring about this deposition.

**2.      Expert Discovery**

On August 17, 2021, this Court extended the expert discovery deadlines in the *Adasam* case as follows (*Adasam*, ECF No. 92):

| | |
|---|---|
| Expert Disclosures | September 3, 2021 |
| Expert Rebuttals | October 1, 2021 |
| Close of Expert Discovery | October 15, 2021 |

Pursuant to Orders entered by Judge Chen in the *Pickwick* case (*Pickwick*, ECF No. 95) and Judge White in the *Genepool* case (*Genepool*, ECF No. 86), these same deadlines govern expert discovery in those cases as well.

**3.      Motion to Consolidate and Order to Relate Cases**

On July 23, 2021, Plaintiffs moved to consolidate this case with two others: (a) SA Music LLC v. Apple Inc., Case No. 20-cv-2974-EMC (the "*Pickwick*" case); and (b) SA Music LLC v. Apple Inc., Case No. 20-cv-2965-JSW (the "*Genepool*" case). (*Adasam*, ECF No. 77.)  Apple has opposed the motion. (*Adasam*, ECF No. 84.)

On August 23, 2021, Judge Chen issued an order referring the *Pickwick* case to this Court to determine whether it is related to this case.  (*Pickwick*, ECF No. 93.)

On August 24, 2021, Judge White issued an order referring the *Genepool* case to this Court to determine whether it is related to this case.  (*Genepool*, ECF No. 94.)

On August 30, 2021, the Court issued an Order relating the three cases. (*Adasam*, ECF No. 95.)

**4.      Mediation**

The parties scheduled a private mediation for September 10, 2021, before Clay Cogman of Phillips ADR in the *Pickwick* case.  The parties previously participated in

a mediation on December 9, 2020, which was unsuccessful. No additional mediation for the *Adasam* or *Genepool* cases is currently contemplated.

**5.     Case Schedules**

The Court's February 2, 2021 and June 25, 2021 Orders (*Adasam*, ECF No. 65, 67) set the remaining case schedule in *Adasam* as follows:

| | |
|---|---|
| Dispositive Motions Filed | November 17, 2021 |
| Pre-trial Conference | March 7, 2022 |
| Trial | April 11, 2022 |

Pursuant to an Order entered by Judge Chen on June 28, 2021 (*Pickwick*, ECF No. 70), the remaining case schedule in *Pickwick* is as follows:

| | |
|---|---|
| Dispositive Motions Filed | January 13, 2022 |
| Pre-trial Conference | May 31, 2022 |
| Trial | June 27, 2022 |

Pursuant to an Order entered by Judge White on August 17, 2021 (*Genepool*, ECF No. 86), the remaining case schedule in *Genepool* is as follows:

| | |
|---|---|
| Dispositive Motions Filed | November 12, 2021 |
| Pre-trial Conference | April 25, 2022 |
| Trial | May 16, 2022 |

Based on this Court's August 30, 2021 order, it is the parties' understanding that the dates for court appearances in these cases are subject to being rescheduled.

**6.     Request for Continuance of Case Management Conference**

The Case Management Conference is scheduled for September 7. The parties did not realize at the time of the scheduling that this conflicts with Rosh Hashanah. In light of the holiday and the imminent mediation, the parties jointly request that the case management conference be continued until the week of September 13 or the next date convenient for the Court after September 28.

Dated:       New York, New York
             August 31, 2021

Respectfully submitted,

SCHWARTZ, PONTERIO & LEVENSON, PLLC

By: /s/    *Matthew F. Schwartz*
Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson

GISKAN SOLOTAROFF & ANDERSON LLP
Oren S. Giskan  * *Pro Hac Vice*

LAW OFFICES OF ALLEN HYMAN
Allen Hyman (73371)

Attorneys for Plaintiffs

DATED: August 31, 2021    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ilissa Samplin*

Ilissa Samplin
Gabrielle Levin * *Pro Hac Vice*
Scott A. Edelman

Attorneys for Defendant Apple Inc.

1