UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 14, 2021 | **Time:** 16 minutes 2:29 p.m. to 2:45 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.**: 20-cv-02146-WHO 20-cv-2794-WH0 20-cv-2965-WHO | **Case Name:** SA Music LLC v. Apple, Inc | |

**Attorneys for Plaintiff:**     Oren S. Giskan, Brian S. Levenseon, and Matthew F. Schwartz

**Attorneys for Defendant:**    Scott A. Edelman and Ilissa S. Smaplin

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Ana Dub

PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel agree that the schedules for motions for summary judgment shall be coordinated so that they are heard on the same day. The Court describes its trial calendar for 2022 and informs the parties that the current trial dates of April 11, 2022 (Case No. 20cv2146) and May 11, 2022 (Case No. 20cv2965) would work, but June 27, 2022 (Case No. 20cv2794) would not. The lawyers are asked to agree upon a consolidated briefing schedule through the hearing of summary judgments, hopefully to occur on or close to January 19, 2022, and to submit it to the Court within one week. After the Court reviews the motions, it will determine whether consolidation is appropriate.

**The Pretrial Conference in Case No. 20cv2146 is continued to March 21, 2022 at 2:00 p.m.**