United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>APPLE, INC, et al.,<br><br>      Defendants. | Case No. 3:20-cv-02146-WHO<br><br>**ORDER ON CASE SCHEDULE**<br><br>Re: Dkt. No. 102 |
| SA MUSIC, LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>APPLE, INC, et al.,<br><br>      Defendants. | Case No. 3:20-cv-02794-WHO<br><br>Re: Dkt. No. 107 |
| SA MUSIC LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>APPLE, INC, et al.,<br><br>      Defendants. | Case No. 3:20-cv-02965-WHO<br><br>Re: Dkt. No. 96 |

      The stipulation at the above-listed docket numbers is adopted.  The hearings on the motion shall be set on January 26, 2022.  From now on, the parties must follow the Local Rule requiring that they submit proposed orders in Word via email.

      **IT IS SO ORDERED.**

Dated: September 27, 2021

William H. Orrick
United States District Judge