UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC, et al.,<br><br>    Defendants. | Case Nos. 20-cv-02146-WHO (JSC)<br>20-cv-02794-EMC (JSC)<br>20-cv-02965-JSW (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTE ARISING FROM AUGUST 11, 2021 ORDER**<br><br>Re: Dkt. No. 104 |

Pending before the Court is a discovery dispute joint letter arising from the Court's August 11, 2021 discovery order in these related cases. (Dkt. No. 104.)[1] After reviewing the parties' submission, including the attached exhibits, the Court concludes that oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b).

The proposed interrogatories appear appropriate and within the scope of the Court's order. (Dkt. No. 104-3.) All are related to how and why Apple removed content supplied by the providers at issue in this lawsuit. But the dispute before the Court arises from an additional ask: Plaintiffs want Apple to also identify *all* artists and content providers that Apple's filter identified, even if the artists and providers are not issue in these related cases. The Court declines to order Apple to do so. Plaintiffs have not persuaded the Court that the information is relevant and proportional to the needs of the case. Further, it goes beyond the August 11, 2021 order which required Apple to "produce a witness with knowledge of (1) the termination letters, and (2) the emails/documents produced by Apple after the close of fact discovery as discussed by Plaintiffs in the discovery letter." (Dkt. No. 87.)

---

[1] *Adasam*, No. 20-cv-02146-WHO, Dkt. No. 104; *Pickwick*, 20-cv-02794-EMC, Dkt. No. 109; *Genepool*, No. 20-cv-02965-JSW, Dkt. No. 98.

Apple shall, however, provide the information it agreed to provide Plaintiffs during their discussions.

This Order disposes of Docket No. 104 in *Adasam*, No. 20-cv-02146-WHO; Docket No. 109 in *Pickwick*, 20-cv-02794-EMC; and Docket No. 98 in *Genepool*, No. 20-cv-02965-JSW.

**IT IS SO ORDERED.**

Dated: October 20, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge