# EXHIBIT 5

Filed in Native Format