# EXHIBIT 6

Filed in Native Format