# EXHIBIT 7

Filed in Native Format