Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
E-mail: lawoffah@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. MUSIC, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>  Defendants. | Case No. 20-cv-2146-WHO<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT AND DECLARATION OF OREN GISKAN IN SUPPORT THEREOF** |

Plaintiffs hereby request the entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Adasam Limited. A declaration in support of this request is attached hereto.

# DECLARATION OF OREN GISKAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT JUDGMENT

1. I am a Partner at the law firm Giskan Solotaroff & Anderson LLP and I am co-counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Request for Entry of Default Judgment against Adasam Limited ("Adasam").

2. This action was commenced on April 9, 2020.

3. Adasam was served by FedEx through the Clerk of the Court on 4/20/2020 at The Allbrite Building, Darley Dale Road, Northamptonshire, Corby, NR, GB, NN172DE (ECF No. 20). Adasam acknowledged service on May 27, 2020 (ECF No. 25).

4. Adasam's answer was due August 18, 2020.

5. Adasam has failed to timely plead or otherwise defend or appear in the action.

Dated:  New York, New York
        January 27, 2022

GISKAN SOLOTAROFF & ANDERSON LLP

By: ____/s/_____
Oren S. Giskan * *Pro Hac Vice*

SCHWARTZ, PONTERIO & LEVENSON, PLLC
Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN

*Attorneys for Plaintiffs*